

## Richardson + Burgess LLP

ACCEPTED
03-14-00782-CV
6710640
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 5:00:19 PM
JEFFREY D. KYLE
CLERK

August 28, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 5:00:19 PM
JEFFREY D. KYLE
Clerk

**VIA EFILETEXAS.GOV**
Mr. Jeffrey D. Kyle
Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

      Re:    Notification of Intent to Argue on September 23, 2015

           Court of Appeals Number: 03-14-00782-CV
           Trial Court Case Number: D-1-GN-13-000677

      Style:  *Santander Consumer USA, Inc. v. Mario A. Mata, Centroplex Automobile Recovery, Inc., Blake Thornton Vandusen, John F. Thompson d/b/a Centroplex Automobile Recovery, Inc., and Redshift Investigation, Inc.*

Dear Mr. Kyle:

      In response to your letter of August 26, 2015, please note that I will be making the oral argument on behalf of all Appellees in this matter on September 23, 2015.

      Please let us know if we can provide any further information.

              Yours very truly,

              Karen C. Burgess

cc: Counsel of Record (*via eFileTexas.gov*)